UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ELIZABETH A. MCPHERSON,

    Plaintiff,

v.                       No. 16-cv-0408-DRH

AGRIUM U.S. INC.,

    Defendant.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal (Doc. 55) executed by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 55) entered on January 19, 2018, all claims between Plaintiff Elizabeth A. McPherson and Defendant Agrium U.S. Inc., are **DISMISSED with prejudice**. Each party shall bear its own costs and attorneys' fees.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/Alex Francis
**Deputy Clerk**

APPROVED:

Judge Herndon
2018.01.22
13:33:48 -06'00'

U.S. DISTRICT JUDGE